# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

# CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME Shawn M Doherty  CASE NO 14-16773

FOR:
- [ ] DEBTOR
- [ ] JOINT DEBTOR
- [x] CREDITOR
- [ ] ATTORNEY ( Please include Bar ID Number _____ )
- [ ] PLAINTIFF
- [ ] DEFENDANT

OLD ADDRESS:

NAME: General Electric Capital Corp.

ADDRESS: 2890 Gateway Oaks, Ste 220

Sacramento, CA 95833-4325

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: General Electric Capital Corp.

ADDRESS: 901 Main Ave.

Norwalk, CT 06851

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ _____  Date September 29, 2014

Stephen Garvey

Rev. 6/28/2012
Change of Address

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

      (a) Written Notice of Change of Address, Phone, Email Address. Notices of changes of address, telephone number, and email address must be filed in writing within 10 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

      (b) Conclusive Address. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.