Entered on Docket November 7, 2014

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In Re:

SHAWN MICHAEL DOHERTY,

Debtor.

No.   14-16773-KAO

**ORDER RE RELIEF FROM STAY**

The motion of Bank of America, N.A. (hereinafter "Movant") for an order terminating the automatic stay came on for hearing pursuant to notice. Timely notice of the motion was given to the attorney for debtor, the debtor, and the Trustee and those parties requesting notice via ECF. Movant has not received a response to its motion; NOW THEREFORE, IT IS HEREBY ORDERED:

THAT the automatic stay is terminated to permit Movant to take any and all actions necessary to sell the following described personal property and apply the proceeds to Movant's debt: 1995 Thor Residency Motor Home, VIN #3FCMF53G3RJB09019.

THAT this Order shall apply to and be binding in any bankruptcy proceeding to which this proceeding is converted and that enforcement of this order shall not be stayed pursuant to BR 4001.

///End of Order///

Presented by:
Bishop, Marshall & Weibel, P.S.

By: */s/ Susan M. Stanley*
Susan M. Stanley, WSBA #11982
Attorneys for Bank of America, N.A.

ORDER RE RELIEF FROM STAY  - 1

**Bishop, Marshall & Weibel, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
(206) 622-5306  Fax (206) 622-0354